

```
                                        Date  6/30/23          Page      1
                                        Primary Account                  2370

Danny Trejo
Debtor in Possession
Case 1:23-bk-10219-VK, Personal
6827 Nita Avenue
Canoga Park CA 91303
```

```
Account Title:          Danny Trejo
                        Debtor in Possession
                        Case 1:23-bk-10219-VK, Personal

Commercial Checking                           Number of Enclosures              14
Account Number                        2370    Statement Dates   6/01/23 thru 7/02/23
Previous Balance                 34,267.92    Days in the statement period     32
    8 Deposits/Credits           21,704.52    Avg Daily Ledger            7,838.49
  139 Checks/Debits              64,166.78    Avg Daily Collected         7,776.49
Maintenance Fee                        .00
Interest Paid                          .00
Ending Balance                   8,194.34-
```

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 6/07 | MyDeposit | 1,349.00 |
| 6/07 | MyDeposit | 1,946.66 |
| 6/07 | MyDeposit | 1,946.66 |
| 6/13 | BILL PMT    Axos Bank<br>CCD 062000015493707<br>Danny Trejo | 8,500.00 |
| 6/13 | MyDeposit | 1,946.66 |
| 6/21 | From DDA *3682,To DDA *2370,Salary | 5,000.00 |
| 6/22 | POS CRE 0000 06/21/23 13426541<br>ON THE RUN WIRELESS<br>MISSION HILLS CA C#9518 | 803.93 |
| 6/23 | MyDeposit | 211.61 |



Date 6/30/23
Primary Account ...02370

Commercial Checking ...370 (Continued)

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 6/01 | ATM W/D 1249 05/31/23 31513804 BANK OF AMERICA *SEPULVEDA-DEVONSH MISSION HILLS CA C#9518 | 1,003.00- |
| 6/01 | POS DEB 1528 05/31/23 00140712 ARCO #42110 15508 DEVONSH MISSION HILLS CA C#9518 | .61- |
| 6/01 | POS DEB 1530 05/31/23 00156503 ARCO #42110 15508 DEVONSH MISSION HILLS CA C#9518 | 59.05- |
| 6/01 | POS DEB 1428 06/01/23 88032054 C & C PET FOOD. NORTH 16134 NORDHOFF ST NORTH HILLS CA C#9518 | 70.07- |
| 6/01 | POS DEB 2229 05/31/23 26617309 PNM * Caine and Weiner 5201 Great America Santa Clara CA C#9201 | 270.86- |
| 6/01 | POS DEB 1829 05/31/23 63012916 HOUSE OF TIME JEWELERS 16900 DEVONSHIRE S GRANADA HILLS CA C#9518 | 355.88- |
| 6/02 | DBT CRD 1701 05/31/23 93053927 5915 EL POLLO LOCO NORTH HILLS CA C#9518 | 6.55- |
| 6/02 | DBT CRD 2151 06/01/23 02832588 DR HOGLY WOGLY TYLER T VAN NUYS CA C#9518 | 49.01- |
| 6/02 | DBT CRD 1531 05/31/23 39120407 TST* Silverlake Ramen- Mission Hills CA C#9518 | 113.69- |
| 6/02 | DBT CRD 1416 06/01/23 93697122 VONS #3161 MISSION HILLS CA C#9518 | 321.61- |
| 6/02 | DBT CRD 1423 06/01/23 98032823 ON THE RUN WIRELESS | 1,004.00- |



Date 6/30/23  Page 3
Primary Account ........2370

Commercial Checking    ......2370  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 6/05 | DBT CRD 2150 06/03/23 02210096 Peacock DA9DC Premium 212-6640138 NY C#9518 MISSION HILLS CA C#9518 | 4.99- |
| 6/05 | DBT CRD 2150 06/03/23 02070563 Peacock X1772 PremPlus 212-6640138 NY C#9518 | 5.00- |
| 6/05 | ATM W/D 1408 06/02/23 31534904 BANK OF AMERICA *SEPULVEDA-DEVONSH MISSION HILLS CA C#9518 | 903.00- |
| 6/05 | ATM W/D 2140 06/03/23 31548874 BANK OF AMERICA *THE PRUNEYARD CAMPBELL CA C#9518 | 903.00- |
| 6/05 | ATM W/D 1851 06/04/23 31557784 BANK OF AMERICA *SEPULVEDA-DEVONSH MISSION HILLS CA C#9518 | 903.00- |
| 6/05 | DBT CRD 1639 06/03/23 79905907 CINELUX PLAZA CAFE & L CAMPBELL CA C#9518 | 19.50- |
| 6/05 | DBT CRD 1545 06/03/23 47271060 DAIRY QUEEN #13652 CAMPBELL CA C#9518 | 29.09- |
| 6/05 | DBT CRD 1713 06/02/23 00055490 BURBANK AIRPORT FOOD & BURBANK CA C#9518 | 30.06- |
| 6/05 | DBT CRD 1647 06/03/23 84561320 CINELUX PLAZA CAFE & L CAMPBELL CA C#9518 | 32.75- |
| 6/05 | DBT CRD 1606 06/01/23 59718714 JK NAILS NORTH HILLS CA C#9518 | 65.00- |
| 6/05 | DBT CRD 2251 06/03/23 38628362 SQ *PIER 402 SAN JOSE CA C#9518 | 104.41- |
| 6/05 | DBT CRD 1446 06/04/23 11904889 TST* Lous Coffee Shop Los Gatos CA C#9518 | 113.48- |



Date 6/30/23  Page 4
Primary Account  2370

Commercial Checking  2370 (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 6/05 | DBT CRD 2010 06/03/23 42028865<br>AVA CAMPBELL PYMT<br>8772826246     VA C#9518 | 1,638.22- |
| 6/06 | POS DEB 1643 06/05/23 00815327<br>ARCO #42801 AMPM<br>14761 DEVONSH<br>MISSION HILLS CA C#9518 | 46.35- |
| 6/06 | POS DEB 1912 06/05/23 00168709<br>LOWE S #18<br>13500 PAXTON ST<br>PACOIMA     CA C#9518 | 285.75- |
| 6/06 | DBT CRD 1827 06/04/23 44465725<br>SJC TAP AND POUR 66321<br>SAN JOSE     CA C#9518 | 32.40- |
| 6/06 | DBT CRD 1831 06/05/23 46933863<br>THE HOME DEPOT #0609<br>SAN FERNANDO CA C#9518 | 38.50- |
| 6/06 | DBT CRD 2311 06/04/23 50889650<br>TAQUERIA LOS TRES HERM<br>NORTH HILLS  CA C#9518 | 55.71- |
| 6/06 | DBT CRD 1734 06/05/23 12412063<br>COSTCO WHSE #1071<br>PACOIMA     CA C#9518 | 108.72- |
| 6/06 | DBT CRD 1706 06/05/23 96149903<br>CVS/PHARMACY #09789<br>MISSION HILLS CA C#9518 | 121.39- |
| 6/06 | DBT CRD 1553 06/05/23 52118422<br>ON THE RUN WIRELESS<br>MISSION HILLS CA C#9518 | 1,004.00- |
| 6/07 | POS DEB 1657 06/06/23 00029628<br>CVS/PHARMACY #09625<br>09625--9089 Woodma<br>Arleta     CA C#9518 | 37.63- |
| 6/07 | POS DEB 1513 06/06/23 00894600<br>ARCO #42110<br>15508 DEVONSH<br>MISSION HILLS CA C#9518 | 81.90- |
| 6/07 | DBT CRD 2121 06/06/23 84758777<br>VONS #3161<br>MISSION HILLS CA C#9518 | 36.03- |



Date 6/30/23　　　　　　Page　　5
Primary Account　　　　　　　　2370

Commercial Checking　　　　　　　2370  (Continued)

**CHECKS AND WITHDRAWALS**

| Date | Description | Amount |
|---|---|---|
| 6/07 | DBT CRD 1033 06/06/23 57025188<br>CHEVRON 0094969<br>TARZANA       CA C#9518 | 78.39- |
| 6/07 | DBT CRD 1738 06/06/23 14967925<br>MISSION HILLS AUTO REP<br>818-7148228   CA C#9518 | 125.00- |
| 6/07 | DBT CRD 1422 06/06/23 97267347<br>ON THE RUN WIRELESS<br>MISSION HILLS CA C#9518 | 1,004.00- |
| 6/08 | POS DEB 2203 06/07/23 00375777<br>BENGOLI INC.<br>9115 WOODMAN AVE<br>ARLETA       CA C#9518 | 94.40- |
| 6/08 | DBT CRD 2130 06/07/23 90238092<br>5915 EL POLLO LOCO<br>NORTH HILLS   CA C#9518 | 49.03- |
| 6/08 | DBT CRD 1712 06/06/23 99368949<br>COCOS OF MISSION HILLS<br>MISSION HILLS CA C#9518 | 203.89- |
| 6/08 | DBT CRD 1348 06/07/23 77268638<br>ON THE RUN WIRELESS<br>MISSION HILLS CA C#9518 | 1,004.00- |
| 6/08 | Bill Paid-CARRINGTON MORTGAGE<br>SERVICES LLC Conf #2 | 8,500.00- |
| 6/09 | ATM W/D 0024 06/09/23 31608000<br>BANK OF AMERICA<br>*SEPULVEDA-DEVONSH<br>MISSION HILLS CA C#9518 | 903.00- |
| 6/09 | POS DEB 2014 06/08/23 00882608<br>UP0690<br>2851 E VINEYARD AV<br>OXNARD       CA C#9518 | 34.50- |
| 6/09 | DBT CRD 1246 06/08/23 40187374<br>ON THE RUN WIRELESS<br>MISSION HILLS CA C#9518 | 1,004.00- |
| 6/12 | ATM W/D 2330 06/11/23 00001413<br>DOUBLETREE A-K342102<br>1507 N. WATSON ROA<br>ARLINGTON    TX C#9518 | 203.00- |
| 6/12 | ATM W/D 2332 06/11/23 00001414<br>DOUBLETREE A-K342102 | 203.00- |



Date 6/30/23    Page 6
Primary Account    2370

Commercial Checking    02370 (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 6/12 | 1507 N. WATSON ROA<br>ARLINGTON    TX C#9518<br>ATM W/D 2333 06/11/23 00001415<br>DOUBLETREE A-K342102<br>1507 N. WATSON ROA<br>ARLINGTON    TX C#9518 | 203.00- |
| 6/12 | ATM W/D 2209 06/10/23 000573<br>7ELEVEN-FCTI<br>2608 ELM ST<br>DALLAS    TX C#9518 | 400.00- |
| 6/12 | ATM W/D 2210 06/10/23 000574<br>7ELEVEN-FCTI<br>2608 ELM ST<br>DALLAS    TX C#9518 | 400.00- |
| 6/12 | POS DEB 2123 06/09/23 04022353<br>ROYAL GIFT INC<br>1717 N AKARD ST<br>DALLAS    TX C#9518 | 52.28- |
| 6/12 | DBT CRD 0101 06/07/23 16928364<br>NORMS- VAN NUYS #42<br>VAN NUYS    CA C#9518 | 73.52- |
| 6/12 | DBT CRD 1645 06/09/23 83547218<br>TST* KATSU-YA - SUSHI<br>NORTHRIDGE    CA C#9518 | 216.30- |
| 6/13 | DBT CRD 2339 06/11/23 67666486<br>THE BRASS SPUR BAR & G<br>ARLINGTON    TX C#9518 | 227.94- |
| 6/13 | DBT CRD 1525 06/12/23 35029228<br>ON THE RUN WIRELESS<br>MISSION HILLS CA C#9518 | 1,004.00- |
| 6/14 | DBT CRD 0837 06/12/23 90590342<br>DFW STOCKYARDS MARKET<br>DFW INTER AIR TX C#9518 | 32.46- |
| 6/14 | DBT CRD 0756 06/12/23 65749281<br>DFW MER BRIGHTON<br>DFW INTER AIR TX C#9518 | 84.44- |
| 6/14 | DBT CRD 1642 06/13/23 81264499<br>TST* KATSU-YA - SUSHI<br>NORTHRIDGE    CA C#9518 | 127.31- |
| 6/14 | DBT CRD 1607 06/13/23 60364378<br>NORTH HILLS FAMILY DEN | 274.00- |



Date 6/30/23  Page 7
Primary Account  370

Commercial Checking         2370 (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 6/14 | NORTH HILLS    CA C#9518<br>DBT CRD 1848 06/13/23 57221895<br>ON THE RUN WIRELESS<br>MISSION HILLS CA C#9518 | 1,004.00- |
| 6/15 | Account Analysis Charge | 25.00- |
| 6/15 | DBT CRD 1938 06/13/23 23213477<br>TAQUERIA LOS TRES HERM<br>NORTH HILLS    CA C#9518 | 85.19- |
| 6/15 | DBT CRD 1334 06/14/23 68942976<br>PP*Yahaira Kolb Extnsi<br>LOS ANGELES    CA C#9518 | 145.00- |
| 6/15 | DBT CRD 1421 06/14/23 96790318<br>ON THE RUN WIRELESS<br>MISSION HILLS CA C#9518 | 1,004.00- |
| 6/15 | DBT CRD 1857 06/14/23 62591461<br>MISSION HILLS AUTO REP<br>818-7148228    CA C#9518 | 1,549.37- |
| 6/15 | EFT PYMT    FARMERS INS<br>WEB 021000024716263<br>DANNY TREJO<br>a671818714 | 637.87- |
| 6/16 | ATM W/D 1134 06/16/23 31673267<br>BANK OF AMERICA<br>*LAX-TERMINAL 7 DE<br>LOS ANGELES    CA C#9518 | 1,003.00- |
| 6/16 | POS DEB 1248 06/15/23 00945992<br>ARCO #42110<br>15508 DEVONSH<br>MISSION HILLS CA C#9518 | 50.35- |
| 6/16 | DBT CRD 1408 06/15/23 89185704<br>SEPULVEDA PARTHENIA CA<br>NORTH HILLS    CA C#9518 | 50.00- |
| 6/16 | DBT CRD 2303 06/15/23 45948352<br>DR HOGLY WOGLY TYLER T<br>VAN NUYS    CA C#9518 | 79.97- |
| 6/20 | DBT CRD 2001 06/19/23 36663136<br>TST* DOLCEZZA - CITY C<br>WASHINGTON    DC C#9518 | 10.93- |
| 6/20 | DBT CRD 2022 06/18/23 49684704<br>GIFTSHOPGRANDHYATTWASH | 19.03- |



Date  6/30/23  Page  8
Primary Account  )2370

Commercial Checking  2370 (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 6/20 | WASHINGTON     DC C#9518<br>DBT CRD 1259 06/16/23 47902663<br>HUDSONNEWS ST992<br>CARSON     CA C#9518 | 22.95- |
| 6/20 | DBT CRD 0756 06/17/23 65897673<br>GIFTSHOPGRANDHYATTWASH<br>WASHINGTON     DC C#9518 | 26.51- |
| 6/20 | DBT CRD 1249 06/16/23 41569469<br>LOS ANGELES AIRPORT<br>LOS ANGELES     CA C#9518 | 46.30- |
| 6/20 | DBT CRD 2211 06/16/23 14896795<br>GRAND HYATT WSHNGTN F&<br>WASHINGTON     DC C#9518 | 65.00- |
| 6/20 | DBT CRD 0753 06/17/23 63829584<br>GIFTSHOPGRANDHYATTWASH<br>WASHINGTON     DC C#9518 | 66.83- |
| 6/20 | DBT CRD 2101 06/17/23 72795035<br>TST* OYAMEL<br>WASHINGTON     DC C#9518 | 129.00- |
| 6/20 | DBT CRD 1930 06/18/23 18523046<br>WPY*UMAYA IZAKAYA<br>WASHINGTON     DC C#9518 | 180.60- |
| 6/20 | DBT CRD 1649 06/18/23 85470343<br>MACY S     068 1201 G<br>WASHINGTON     DC C#9518 | 187.72- |
| 6/21 | POS DEB 1412 06/20/23 00119846<br>NORA VALERO<br>9859 SEPULVEDA BLV<br>NORTH HILLS   CA C#9518 | 63.09- |
| 6/21 | POS DEB 1535 06/20/23 00663792<br>ARCO #42110<br>15508 DEVONSH<br>MISSION HILLS CA C#9518 | 74.00- |
| 6/21 | POS DEB 1031 06/21/23 00707606<br>ARCO #42110<br>15508 DEVONSH<br>MISSION HILLS CA C#9518 | 120.35- |
| 6/21 | DBT CRD 2220 06/19/23 20584152<br>GRAND HYATT WASHINGTON<br>WASHINGTON     DC C#9518 | 31.90- |



Date 6/30/23 Page 9
Primary Account )2370

Commercial Checking    02370  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 6/21 | DBT CRD 1057 06/20/23 73456289<br>CHEVRON/G&M OIL CO., L<br>BURBANK        CA C#9518 | 32.30- |
| 6/21 | DBT CRD 0644 06/19/23 22473689<br>BAR SYMON - DCA<br>DULLES         VA C#9518 | 42.31- |
| 6/21 | DBT CRD 1115 06/20/23 85056071<br>PETCO 588<br>BURBANK        CA C#9518 | 103.64- |
| 6/22 | POS DEB 1719 06/21/23 00793841<br>ARCO #42110<br>15508 DEVONSH<br>MISSION HILLS CA C#9518 | 24.36- |
| 6/22 | POS DEB 2111 06/21/23 21330809<br>SQ *RYANS CLEANERS<br>SQUARE PURCHASE<br>NORTH HILLS   CA C#9518 | 141.50- |
| 6/22 | POS DEB 1601 06/21/23 00694731<br>LOWE S #18<br>13500 PAXTON ST<br>PACOIMA        CA C#9518 | 293.50- |
| 6/22 | DBT CRD 1800 06/21/23 28233491<br>CHIPOTLE 2711<br>MISSION HILLS CA C#9518 | 14.18- |
| 6/22 | DBT CRD 1536 06/21/23 41741257<br>THE UPS STORE 7249<br>818-4477747    CA C#9518 | 16.34- |
| 6/22 | DBT CRD 1321 06/21/23 60778196<br>SYLMAR CAR WASH<br>SYLMAR         CA C#9518 | 34.99- |
| 6/22 | DBT CRD 1622 06/20/23 69281834<br>TAQUERIA LOS TRES HERM<br>NORTH HILLS   CA C#9518 | 42.93- |
| 6/22 | DBT CRD 1432 06/21/23 03224169<br>COSTCO WHSE #1071<br>PACOIMA        CA C#9518 | 87.42- |
| 6/22 | DBT CRD 1903 06/21/23 02315706<br>VONS #3161<br>MISSION HILLS CA C#9518 | 159.94- |
| 6/22 | DBT CRD 1735 06/21/23 13426541<br>ON THE RUN WIRELESS | 803.93- |



Date 6/30/23  Page 10
Primary Account  2370

Commercial Checking  2370 (Continued)

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 6/23 | DBT CRD 1801 06/21/23 29044981<br>JERSEY MIKES 20218<br>MISSION HILLS CA C#9518 | 33.28- |
| 6/26 | Stop Payment Charge | 10.00- |
| 6/26 | DBT CRD 1401 06/22/23 84736635<br>SANTOUKA LAX INTL AIRP<br>LOS ANGELES CA C#9518 | 17.51- |
| 6/26 | DBT CRD 1528 06/25/23 37268680<br>Rancho I<br>Amsterdam NL C#9518 | 30.15- |
| 6/26 | DBT CRD 0709 06/23/23 37740945<br>FRONT ROW HORECA AMSTE<br>AMSTERDAM NL C#9518 | 44.60- |
| 6/26 | DBT CRD 0133 06/21/23 36303353<br>NORMS- VAN NUYS #42<br>VAN NUYS CA C#9518 | 60.05- |
| 6/26 | DBT CRD 1611 06/24/23 63194264<br>Rancho I<br>Amsterdam NL C#9518 | 80.03- |
| 6/26 | DBT CRD 0608 06/24/23 01131964<br>SUMUP *MAGICAL GIFTS<br>DORDRECHT NL C#9518 | 130.40- |
| 6/26 | Int Fee 1134 06/26/23 37268680<br>Rancho I<br><br>Amsterdam 00 C# 9518 | .30- |
| 6/26 | Int Fee 1324 06/25/23 37740945<br>FRONT ROW HORECA AMSTE<br><br>AMSTERDAM 00 C# 9518 | .45- |
| 6/26 | Int Fee 1324 06/25/23 63194264<br>Rancho I<br><br>Amsterdam 00 C# 9518 | .80- |
| 6/26 | Int Fee 1324 06/25/23 01131964<br>SUMUP *MAGICAL GIFTS<br><br>DORDRECHT 00 C# 9518 | 1.30- |
| 6/27 | POS DEB 1510 06/26/23 00547058<br>ARCO #42110 | 63.00- |



Date 6/30/23  Page 11
Primary Account  2370

Commercial Checking  2370 (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 6/27 | 15508 DEVONSH MISSION HILLS CA C#9518 DBT CRD 0132 06/26/23 35566113 HMS Host International Amsterdam    NL C#9518 | 22.96- |
| 6/27 | DBT CRD 2226 06/26/23 23751542 DR HOGLY WOGLY TYLER T VAN NUYS    CA C#9518 | 77.24- |
| 6/27 | DBT CRD 1739 06/26/23 15555600 ON THE RUN WIRELESS MISSION HILLS CA C#9518 | 1,004.00- |
| 6/27 | Int Fee 1124 06/27/23 35566113 HMS Host International Amsterdam    00 C# 9518 | .23- |
| 6/28 | POS DEB 1531 06/27/23 00446631 ARCO #42110 15508 DEVONSH MISSION HILLS CA C#9518 | 73.95- |
| 6/28 | DBT CRD 1619 06/26/23 67525867 TAQUERIA LOS TRES HERM NORTH HILLS    CA C#9518 | 64.57- |
| 6/28 | DBT CRD 1816 06/27/23 37606607 ON THE RUN WIRELESS MISSION HILLS CA C#9518 | 1,004.00- |
| 6/29 | DBT CRD 1414 06/28/23 92439930 SQ *RYANS CLEANERS North Hills    CA C#9518 | 93.00- |
| 6/30 | POS DEB 1354 06/29/23 00319368 ARCO #42154 11244 LAUREL SAN FERNANDO  CA C#9518 | 52.96- |
| 6/30 | DBT CRD 1925 06/30/23 12681798 CHEVRON 0097330 GRANADA HILLS CA C#9518 | 67.80- |
| 6/30 | DBT CRD 1312 06/29/23 55345301 PP*Yahaira Kolb Extnsi LOS ANGELES    CA C#9518 | 95.00- |
| 6/30 | DBT CRD 1606 06/29/23 59753665 MAGALY TAMALES & MEXIC | 248.03- |



Date 6/30/23     Page 12
Primary Account    2370

Commercial Checking     8_____2370  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 6/30 | SAN FERNANDO CA C#9518<br>DBT CRD 1359 06/29/23 83718507<br>GRANADA VETERINARY CLI<br>MISSION HILLS CA C#9518 | 268.20- |
| 6/30 | DBT CRD 1931 06/29/23 18993968<br>ON THE RUN WIRELESS<br>MISSION HILLS CA C#9518 | 1,004.00- |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 6/12 | 1005 | 850.00 | 6/15 | 1019 | 405.00 |
| 6/09 | 1006 | 165.00 | 6/02 | 1020 | 3,450.00 |
| 6/12 | 1007 | 5,000.00 | 6/15 | 1021 | 165.00 |
| 6/05 | 1011* | 500.00 | 6/16 | 1022 | 77.12 |
| 6/01 | 1015* | 3,102.96 | 6/30 | 1027* | 8,003.84 |
| 6/21 | 1017* | 209.00 | 6/30 | 1028 | 1,244.75 |
| 6/09 | 1018 | 1,015.33 | 6/13 | 10001* | 600.00 |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/01 | 29,405.49 | 6/12 | 821.43 | 6/22 | 5,390.45 |
| 6/02 | 24,460.63 | 6/13 | 9,436.15 | 6/23 | 5,568.78 |
| 6/05 | 19,209.13 | 6/14 | 7,913.94 | 6/26 | 5,193.19 |
| 6/06 | 17,516.31 | 6/15 | 3,897.51 | 6/27 | 4,025.76 |
| 6/07 | 21,395.68 | 6/16 | 2,637.07 | 6/28 | 2,883.24 |
| 6/08 | 11,544.36 | 6/20 | 1,882.20 | 6/29 | 2,790.24 |
| 6/09 | 8,422.53 | 6/21 | 6,205.61 | 6/30 | 8,194.34- |

*** END OF STATEMENT ***

Danny Trejo

7/25/2023 6:40 AM

Register: Axos 2370
From 06/01/2023 through 06/30/2023
Sorted by: Date and Order Entered

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/01/2023 | debit | Cash Withdrawal | Living Expenses | | 1,003.00 | | | 33,264.92 |
| 06/01/2023 | debit | Arco | Auto Expense | | 0.61 | | | 33,264.31 |
| 06/01/2023 | debit | Arco | Auto Expense | | 59.05 | | | 33,205.26 |
| 06/01/2023 | debit | C&C Pet Food | Pet Expense | | 70.07 | | | 33,135.19 |
| 06/01/2023 | debit | Caine & Weiner | Professional Services | | 270.86 | | | 32,864.33 |
| 06/01/2023 | debit | House of Time Jewel... | Personal Items | | 355.88 | | | 32,508.45 |
| 06/01/2023 | 1015 | D&R Glass | Repairs & Maint. | | 3,102.96 | | | 29,405.49 |
| 06/02/2023 | debit | El Pollo Loco | Food | | 6.55 | | | 29,398.94 |
| 06/02/2023 | debit | Dr. Hogly Wogly Tyler | Food | | 49.01 | | | 29,349.93 |
| 06/02/2023 | debit | Silverlake Ramen | Food | | 113.69 | | | 29,236.24 |
| 06/02/2023 | debit | Vons | Groceries | | 321.61 | | | 28,914.63 |
| 06/02/2023 | debit | On the Run Wireless | Cell Phone | | 1,004.00 | | | 27,910.63 |
| 06/02/2023 | 1020 | Jose Sandoval | Repairs & Maint. | | 3,450.00 | | | 24,460.63 |
| 06/02/2023 | 1021 | Jim Pool | Repairs & Maint. | | 165.00 | | | 24,295.63 |
| 06/05/2023 | debit | Peacock | Living Expenses | | 4.99 | | | 24,290.64 |
| 06/05/2023 | debit | Peacock | Living Expenses | | 5.00 | | | 24,285.64 |
| 06/05/2023 | debit | Cash Withdrawal | Living Expenses | | 903.00 | | | 23,382.64 |
| 06/05/2023 | debit | Cash Withdrawal | Living Expenses | | 903.00 | | | 22,479.64 |
| 06/05/2023 | debit | Cash Withdrawal | Living Expenses | | 903.00 | | | 21,576.64 |
| 06/05/2023 | debit | Cinelux Plaza | Food | | 19.50 | | | 21,557.14 |
| 06/05/2023 | debit | Dairy Queen | Food | | 29.09 | | | 21,528.05 |
| 06/05/2023 | debit | Burbank Airport Food | Food | | 30.06 | | | 21,497.99 |
| 06/05/2023 | debit | Cinelux Plaza | Food | | 32.75 | | | 21,465.24 |
| 06/05/2023 | debit | JK Nails | Living Expenses | | 65.00 | | | 21,400.24 |
| 06/05/2023 | debit | Pier 402 | Food | | 104.41 | | | 21,295.83 |
| 06/05/2023 | debit | Louis Coffee Shop | Food | | 113.48 | | | 21,182.35 |
| 06/05/2023 | debit | The Avaalon Apartm... | Living Expenses | | 1,638.22 | | | 19,544.13 |
| 06/06/2023 | debit | Arco | Auto Expense | | 46.35 | | | 19,497.78 |
| 06/06/2023 | debit | Lowes | Repairs & Maint. | | 285.75 | | | 19,212.03 |
| 06/06/2023 | debit | SJC Tap & Poor | Food | | 32.40 | | | 19,179.63 |
| 06/06/2023 | debit | The Home Depot | Repairs & Maint. | | 38.50 | | | 19,141.13 |
| 06/06/2023 | debit | Taqueria Los Tres H... | Food | | 55.71 | | | 19,085.42 |
| 06/06/2023 | debit | Costco | Groceries | | 108.72 | | | 18,976.70 |
| 06/06/2023 | debit | CVS Pharmacy | Medical Expense | | 121.39 | | | 18,855.31 |
| 06/06/2023 | debit | On the Run Wireless | Cell Phone | | 1,004.00 | | | 17,851.31 |
| 06/07/2023 | 24 | | Income | | | | 1,349.00 | 19,200.31 |
| 06/07/2023 | 25 | | Income | | | | 1,946.66 | 21,146.97 |
| 06/07/2023 | 26 | | Income | | | | 1,946.66 | 23,093.63 |
| 06/07/2023 | debit | Chevron | Auto Expense | | 78.39 | | | 23,015.24 |
| 06/07/2023 | debit | Mission Hills Auto | Auto Expense | | 125.00 | | | 22,890.24 |

Page 1

Danny Trejo

7/25/2023 6:40 AM

Register: Axos 2370
From 06/01/2023 through 06/30/2023
Sorted by: Date and Order Entered

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/07/2023 | debit | On the Run Wireless | Cell Phone | | 1,004.00 | | | 21,886.24 |
| 06/07/2023 | 1022 | Intouch Cellular | Cell Phone | | 77.12 | | | 21,809.12 |
| 06/07/2023 | debit | CVS Pharmacy | Medical Expense | | | | | 21,809.12 |
| 06/07/2023 | debit | Arco | Auto Expense | | 81.90 | | | 21,727.22 |
| 06/07/2023 | debit | Vons | Groceries | | 36.03 | | | 21,691.19 |
| 06/07/2023 | debit | CVS Pharmacy | Medical Expense | | 37.63 | | | 21,653.56 |
| 06/08/2023 | debit | Bengoli | Auto Expense | | 94.40 | | | 21,559.16 |
| 06/08/2023 | debit | El Pollo Loco | Food | | 49.03 | | | 21,510.13 |
| 06/08/2023 | debit | Cocos | Food | | 203.89 | | | 21,306.24 |
| 06/08/2023 | debit | On the Run Wireless | Cell Phone | | 1,004.00 | | | 20,302.24 |
| 06/08/2023 | debit | Carrington Mortgage | Mortgage | | 8,500.00 | | | 11,802.24 |
| 06/09/2023 | debit | Cash Withdrawal | Living Expenses | | 903.00 | | | 10,899.24 |
| 06/09/2023 | debit | UP0690 | Living Expenses | | 34.50 | | | 10,864.74 |
| 06/09/2023 | debit | On the Run Wireless | Cell Phone | | 1,004.00 | | | 9,860.74 |
| 06/09/2023 | 1018 | Cedars Sinai | Medical Expense | | 1,015.33 | | | 8,845.41 |
| 06/09/2023 | 1019 | Jims Pool Care | Repairs & Maint. | | 405.00 | | | 8,440.41 |
| 06/12/2023 | debit | Doubletree | Travel | | 203.00 | | | 8,237.41 |
| 06/12/2023 | debit | Doubletree | Travel | | 203.00 | | | 8,034.41 |
| 06/12/2023 | debit | Doubletree | Travel | | 203.00 | | | 7,831.41 |
| 06/12/2023 | debit | Cash Withdrawal | Living Expenses | | 400.00 | | | 7,431.41 |
| 06/12/2023 | debit | Cash Withdrawal | Living Expenses | | 400.00 | | | 7,031.41 |
| 06/12/2023 | debit | Royal Gift | Personal Items | | 52.28 | | | 6,979.13 |
| 06/12/2023 | debit | Norms | Food | | 73.52 | | | 6,905.61 |
| 06/12/2023 | debit | Katsu-Ya Sushi | Food | | 216.30 | | | 6,689.31 |
| 06/12/2023 | 1005 | Cash | Living Expenses | | 850.00 | | | 5,839.31 |
| 06/12/2023 | 1006 | Magic Mike Detail | Auto Expense | | 165.00 | | | 5,674.31 |
| 06/12/2023 | 1007 | Michael Castillo | Professional Services | | 5,000.00 | | | 674.31 |
| 06/12/2023 | 1011 | MPC Auto | Auto Expense | | 500.00 | | | 174.31 |
| 06/13/2023 | 27 | | Income | | | | 8,500.00 | 8,674.31 |
| 06/13/2023 | 28 | | Income | | | | 1,946.66 | 10,620.97 |
| 06/13/2023 | debit | The Brass Spur | Food | | 227.94 | | | 10,393.03 |
| 06/13/2023 | debit | On the Run Wireless | Cell Phone | | 1,004.00 | | | 9,389.03 |
| 06/13/2023 | debit | Stockyards Market | Groceries | | 32.46 | | | 9,356.57 |
| 06/14/2023 | debit | DFW | Travel | | 84.44 | | | 9,272.13 |
| 06/14/2023 | debit | Katsu-Ya Sushi | Food | | 127.31 | | | 9,144.82 |
| 06/14/2023 | debit | North Hills Family D... | Medical Expense | | 274.00 | | | 8,870.82 |
| 06/14/2023 | debit | On the Run Wireless | Cell Phone | | 1,004.00 | | | 7,866.82 |
| 06/15/2023 | debit | Axos Bank | Bank Fees | | 25.00 | | | 7,841.82 |
| 06/15/2023 | debit | Taqueria Los Tres H... | Food | | 85.19 | | | 7,756.63 |
| 06/15/2023 | debit | Yahaira Kolb | Living Expenses | | 145.00 | | | 7,611.63 |

Page 2

# Danny Trejo

7/25/2023 6:40 AM

Register: Axos 2370
From 06/01/2023 through 06/30/2023
Sorted by: Date and Order Entered

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/15/2023 | debit | On the Run Wireless | Cell Phone | | 1,004.00 | | | 6,607.63 |
| 06/15/2023 | debit | Mission Hills Auto | Auto Expense | | 1,549.37 | | | 5,058.26 |
| 06/15/2023 | debit | Farmers Insurance | Insurance | | 637.87 | | | 4,420.39 |
| 06/16/2023 | debit | Cash Withdrawal | Living Expenses | | 1,003.00 | | | 3,417.39 |
| 06/16/2023 | debit | Arco | Auto Expense | | 50.35 | | | 3,367.04 |
| 06/16/2023 | debit | Sepulveda Parthenia | Auto Expense | | 50.00 | | | 3,317.04 |
| 06/16/2023 | debit | Dr. Hogly Wogly Tyler | Food | | 79.97 | | | 3,237.07 |
| 06/20/2023 | debit | Dolcezza | Food | | 10.93 | | | 3,226.14 |
| 06/20/2023 | debit | Giftshop Grand Hyatt | Personal Items | | 19.03 | | | 3,207.11 |
| 06/20/2023 | debit | Hudson | Travel | | 22.95 | | | 3,184.16 |
| 06/20/2023 | debit | Giftshop Grand Hyatt | Personal Items | | 26.51 | | | 3,157.65 |
| 06/20/2023 | debit | LA Airport | Travel | | 46.30 | | | 3,111.35 |
| 06/20/2023 | debit | Grand Hyatt | Travel | | 66.83 | | | 3,044.52 |
| 06/20/2023 | debit | Giftshop Grand Hyatt | Personal Items | | 129.00 | | | 2,915.52 |
| 06/20/2023 | debit | Umaya Izakaya | Food | | 180.60 | | | 2,734.92 |
| 06/20/2023 | debit | Macy's | Personal Items | | 187.72 | | | 2,547.20 |
| 06/20/2023 | debit | Grand Hyatt | Travel | | 65.00 | | | 2,482.20 |
| 06/21/2023 | 29 | | Income | | | | 5,000.00 | 7,482.20 |
| 06/21/2023 | debit | Nora Valero | Auto Expense | | 63.09 | | | 7,419.11 |
| 06/21/2023 | debit | Arco | Auto Expense | | 74.00 | | | 7,345.11 |
| 06/21/2023 | debit | Arco | Auto Expense | | 120.35 | | | 7,224.76 |
| 06/21/2023 | debit | Grand Hyatt | Travel | | 31.90 | | | 7,192.86 |
| 06/21/2023 | debit | Chevron | Auto Expense | | 32.30 | | | 7,160.56 |
| 06/21/2023 | debit | Bar Symon | Food | | 42.31 | | | 7,118.25 |
| 06/21/2023 | debit | Petco | Pet Expense | | 103.64 | | | 7,014.61 |
| 06/21/2023 | 1017 | DMV | Auto Expense | | 209.00 | | | 6,805.61 |
| 06/22/2023 | 30 | | Income | | | | 803.93 | 7,609.54 |
| 06/22/2023 | debit | Arco | Auto Expense | | 24.36 | | | 7,585.18 |
| 06/22/2023 | debit | Ryans Cleaners | Living Expenses | | 141.50 | | | 7,443.68 |
| 06/22/2023 | debit | Lowes | Repairs & Maint. | | 293.50 | | | 7,150.18 |
| 06/22/2023 | debit | Chipolte | Food | | 14.18 | | | 7,136.00 |
| 06/22/2023 | debit | The UPS Store | Living Expenses | | 16.34 | | | 7,119.66 |
| 06/22/2023 | debit | Sylmar Car Wash | Auto Expense | | 34.99 | | | 7,084.67 |
| 06/22/2023 | debit | Taqueria Los Tres H... | Food | | 42.93 | | | 7,041.74 |
| 06/22/2023 | debit | Costco | Groceries | | 87.42 | | | 6,954.32 |
| 06/22/2023 | debit | Vons | Groceries | | 159.94 | | | 6,794.38 |
| 06/22/2023 | debit | On the Run Wireless | Cell Phone | | 803.93 | | | 5,990.45 |
| 06/23/2023 | 31 | | Income | | | | 211.61 | 6,202.06 |
| 06/23/2023 | debit | Jersey Mikes | Food | | 33.28 | | | 6,168.78 |
| 06/26/2023 | debit | Axos Bank | Bank Fees | | 10.00 | | | 6,158.78 |

Danny Trejo

7/25/2023 6:40 AM

Register: Axos 2370
From 06/01/2023 through 06/30/2023
Sorted by: Date and Order Entered

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/26/2023 | debit | LA Airport | Travel | | 17.51 | | | 6,141.27 |
| 06/26/2023 | debit | Rancho Amsterdam | Food | | 30.15 | | | 6,111.12 |
| 06/26/2023 | debit | Front Row | Personal Items | | 44.60 | | | 6,066.52 |
| 06/26/2023 | debit | Norms | Food | | 60.05 | | | 6,006.47 |
| 06/26/2023 | debit | Rancho Amsterdam | Food | | 80.03 | | | 5,926.44 |
| 06/26/2023 | debit | Sumup | Personal Items | | 130.40 | | | 5,796.04 |
| 06/26/2023 | debit | Axos Bank | Bank Fees | | 0.30 | | | 5,795.74 |
| 06/26/2023 | debit | Axos Bank | Bank Fees | | 0.45 | | | 5,795.29 |
| 06/26/2023 | debit | Axos Bank | Bank Fees | | 0.80 | | | 5,794.49 |
| 06/26/2023 | debit | Axos Bank | Bank Fees | | 1.30 | | | 5,793.19 |
| 06/27/2023 | debit | Arco | Auto Expense | | 63.00 | | | 5,730.19 |
| 06/27/2023 | debit | Host International | Travel | | 22.96 | | | 5,707.23 |
| 06/27/2023 | debit | Dr. Hogly Wogly Tyler | Food | | 77.24 | | | 5,629.99 |
| 06/27/2023 | debit | On the Run Wireless | Cell Phone | | 1,004.00 | | | 4,625.99 |
| 06/27/2023 | debit | Axos Bank | Bank Fees | | 0.23 | | | 4,625.76 |
| 06/28/2023 | debit | Arco | Auto Expense | | 73.95 | | | 4,551.81 |
| 06/28/2023 | debit | On the Run Wireless | Cell Phone | | 1,004.00 | | | 3,547.81 |
| 06/28/2023 | debit | Taqueria Los Tres H… | Food | | 64.57 | | | 3,483.24 |
| 06/29/2023 | debit | Ryans Cleaners | Living Expenses | | 93.00 | | | 3,390.24 |
| 06/29/2023 | debit | Arco | Auto Expense | | 52.96 | | | 3,337.28 |
| 06/30/2023 | debit | Chevron | Auto Expense | | 67.80 | | | 3,269.48 |
| 06/30/2023 | debit | Yahaira Kolb | Living Expenses | | 95.00 | | | 3,174.48 |
| 06/30/2023 | debit | Magaly Tamales | Food | | 248.03 | | | 2,926.45 |
| 06/30/2023 | debit | Granada Veterinary | Pet Expense | | 268.20 | | | 2,658.25 |
| 06/30/2023 | debit | On the Run Wireless | Cell Phone | | 1,004.00 | | | 1,654.25 |
| 06/30/2023 | 1027 | Gregory Funding | Mortgage | | 8,003.84 | | | -6,349.59 |
| 06/30/2023 | 1028 | Security CCTV | Repairs & Maint. | | 1,244.75 | | | -7,594.34 |
| 06/30/2023 | 10001 | Axos | Living Expenses | | 600.00 | | | -8,194.34 |



Date 6/30/23
Primary Account ........2388

Danny Trejo
Debtor in Possession,
Case 1:23-bk-10219-VK, Tax
6827 Nita Avenue
Canoga Park CA 91303

Account Title: Danny Trejo
Debtor in Possession,
Case 1:23-bk-10219-VK, Tax

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | 2388 | Statement Dates | 6/01/23 thru 7/02/23 |
| Previous Balance | 68,278.15 | Days in the statement period | 32 |
| 2 Deposits/Credits | 24,439.35 | Avg Daily Ledger | 78,128.51 |
| Checks/Debits | .00 | Avg Daily Collected | 78,128.51 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 92,717.50 | | |

**DEPOSITS AND OTHER CREDITS**

| Date | Description | Amount |
|---|---|---|
| 6/20 | From DDA *3682,To DDA *2388 | 21,939.35 |
| 6/21 | From DDA *3682,To DDA *2388,Tax on salary | 2,500.00 |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/01 | 68,278.15 | 6/20 | 90,217.50 | 6/21 | 92,717.50 |

*** END OF STATEMENT ***

Danny Trejo

7/25/2023 6:41 AM

Register: Axos 2388
From 06/01/2023 through 06/30/2023
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/20/2023 | 32 | | Income | | | | 21,939.35 | 90,217.50 |
| 06/21/2023 | 33 | | Income | | | | 2,500.00 | 92,717.50 |

Page 1

6:55 AM
07/25/23
Accrual Basis

# Danny Trejo
## Profit & Loss
### June 2023

|  | Jun 23 |
|---|---:|
| **Income** |  |
| Income | 46,143.87 |
| **Total Income** | 46,143.87 |
| **Expense** |  |
| Auto Expense | 3,616.22 |
| Bank Fees | 38.08 |
| Cell Phone | 11,925.05 |
| Food | 2,534.10 |
| Groceries | 746.18 |
| Insurance | 637.87 |
| Living Expenses | 10,106.55 |
| Medical Expense | 1,448.35 |
| Mortgage | 16,503.84 |
| Personal Items | 945.42 |
| Pet Expense | 441.91 |
| Professional Services | 5,270.86 |
| Repairs & Maint. | 8,985.46 |
| Travel | 966.89 |
| **Total Expense** | 64,166.78 |
| **Net Income** | -18,022.91 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT FOR MONTH ENDING JUNE 30, 2023**: will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below

**X  1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/31/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Katherine Bunker**    kate.bunker@usdoj.gov
- **Nichole Glowin**    bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- **Kirsten Martinez**    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Jeffrey S Shinbrot**    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Edward A Treder**    cdcaecf@bdfgroup.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Darlene C Vigil**    cdcaecf@bdfgroup.com

 **X   SERVED BY UNITED STATES MAIL**:  On (*date*) 7/31/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is fil

**NEF**
Hahn Fife & Company
1055 E. Colorado Blvd #5
Pasadena, CA 91106

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/31/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 7/31/2023 | Sandra Rodriguez | /s/Sandra Rodriguez |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                               **F 9013-3.1.PROOF.SERVICE**