Jeffrey S. Shinbrot, Esquire (SBN 155486)
JEFFREY S. SHINBROT, APLC
15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403
Telephone: (310) 659-5444
Fax: (310) 878-8304
jeffrey@shinbrotfirm.com
Attorneys for Reorganization
Counsel to Danny Trejo

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>DANNY TREJO | Bankruptcy Case No.: 1:23-bk-10219-VK<br><br>Chapter 11<br><br>**SUPPLMENTAL STATUS REPORT (DECLARATION OF COUNSEL)**<br><br>*DATE/TIME/PLACE*<br><br>Date:  September 28, 2023<br>Time: 1:00 p.m.<br>Place: Courtroom 301<br>    21041 Burbank Blvd.,<br>    Woodland Hills, CA |

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES ON THE ANNEXED SERVICE LIST:**

    **COMES NOW** Danny Trejo, the Debtor and Debtor-in-Possession in the above captioned chapter 11 case, and hereby supplements his Chapter 11 Status Report with the annexed declaration of his counsel Jeffrey S. Shinbrot.

Dated: September 20, 2023

                    **JEFFREY S. SHINBROT, APLC**
             By: /s/Jeffrey S. Shinbrot
                Jeffrey S. Shinbrot, Esquire
                Debtor's Reorganization

## DECLARATION OF JEFFREY S. SHINBROT

I, Jeffrey S. Shinbrot, hereby declare and state as follows:

1.      I am chapter 11 counsel to Danny Trejo, the debtor in the chapter 11 case captioned above.  As to the following facts, I know them of my own personal knowledge, except where stated on information and belief, and if called as a witness, I could and would testify as set forth herein.

## DISCUSSIONS WITH UNITED STATES TRUSTEE REGARDING EXPENSES AND MODIFICATION TO DISCLOSURE STATEMENT & PLAN

2.      I have spoken with Katherine C. Bunker, trial counsel to the United States Trustee ("UST") regarding the UST's concerns with the Debtor's expenses and proposed additional language to the Debtor's Disclosure Statement and Plan regarding the filing of post-confirmation reports.

3.      I informed Ms. Bunker that Mr. Trejo (though his bookkeeper) is in the process of removing his children from his telephone plan and investigating other carriers that have lower rates for his calls and data when he travels for work.  The Debtor expects that this will greatly reduce his monthly phone bills by the time of the plan confirmation hearing.

4.      Based on the UST's request, the Debtor will file a non-material modification to his disclosure statement and plan that provides for the filing of post-confirmation quarterly reports while the chapter 11 case remains open.  The Debtor will also add the language: "Within five (5) business days of the effective date, the debtor shall file with the court a notice of the Plan's effective date."

## CREDITORS CONTINUE TO SUPPORT CONFIRMATION OF THE PLAN

5.      During the subchapter V process and again since the last status conference, I have spoken to the Internal Revenue Service (the "IRS") and the IRS remains supportive of the Debtor's plan to repay his taxes through a chapter 11 plan.  This of course makes sense as Mr.

1  Trejo's desire and willingness to fund his chapter 11 plan and pay pre-Petition taxes with post-

2  Petition and post-confirmation earnings benefits the creditors of the Debtor's estate.

3       I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct.

5

6       Dated:  9-20-23                                    _____

       Jeffrey S. Shinbrot

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLMENTAL STATUS REPORT (DECLARATION OF COUNSEL**: will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below

**X  1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/20/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Katherine Bunker**    kate.bunker@usdoj.gov
- **Nichole Glowin**    bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- **Kirsten Martinez**    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Jeffrey S Shinbrot**    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Edward A Treder**    cdcaecf@bdfgroup.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Darlene C Vigil**    cdcaecf@bdfgroup.com

 **X SERVED BY UNITED STATES MAIL**:  On (*date*) 9/20/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**NEF**
Hahn Fife & Company
1055 E. Colorado Blvd #5
Pasadena, CA 91106

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 9/20/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                        **F 9013-3.1.PROOF SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/20/2023 | Sandra Rodriguez | /s/Sandra Rodriguez |
|-----------|------------------|---------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF SERVICE**